No. 97–6630. RODRIQUEZ *v.* BATCHELLER ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6633. WILLIAMS *v.* OBREGON ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–6634. WEBBER *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–6635. DELANEY *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 97–6636. WIKE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–6643. WILLIS *v.* UNIVERSITY OF LOUISVILLE ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–6644. CSOKA *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–6646. ARNOLD *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–6647. MIMS *v.* BURTON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–6648. LITZENBERG *v.* LITZENBERG. C. A. 4th Cir. Certiorari denied.

No. 97–6650. JOSEPH *v.* CITY OF NEW ORLEANS, LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 97–6653. MCBRIDE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–6654. MARTS *v.* HINES ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–6655. JARQUIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–6658. BRANSON *v.* CITY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.